# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1811
LT Case Nos. 2009-32768-CFDB
2009-32753-CFDB
2019-302261-CFDB
2019-302260-CFDB
2009-32752-CFDB

_____

CLENON L. WILLIAMS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Clenon L. Williams, Bonifay, pro se.

No Appearance for Appellee.


October 24, 2023

PER CURIAM.

   AFFIRMED.

JAY, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____